# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

RAY RATTLER (#91323)

VERSUS

JAMES LEBLANC, ET AL

CIVIL ACTION

NO. 02-534-D-M1

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated July 17, 2002 (doc. no. 8), to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the plaintiff's complaint is DISMISSED with prejudice for failure to state a claim pursuant to 42 U.S.C. § 1997e and 28 U.S.C. §1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, this 15th day of August, 2002.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE