FILED
U.S. DIST. COURT
MIDDLE D ST OF LA.

02 AUG 16 AM 10: 23

SIGN_____
by DEPUTY CLERK

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RAY RATTLER (#91323)

CIVIL ACTION

VERSUS

NO. 02-534-D-M1

JAMES LEBLANC, ET AL

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is DISMISSED with prejudice for failure to state a claim pursuant to 42 U.S.C. § 1997e and 28 U.S.C. §1915(e)(2)(B)(ii).

Baton Rouge, Louisiana, this 15th day of August, 2002.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE

DKT. & ENTERED
DATE 8·16·02
NOTICE MAILED TO:
DATE_____ BY CP

JJB  Rattler
SE
SCR
PS
CP
PH

| INITIALS | DOCKET# |
|---|---|
| cp | 10 |